IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKERY D. HUNT,<br><br>   Petitioner,<br><br>   v.<br><br>PATRICK LE,<br><br>   Respondent. | Case No.: C 12-5120 YGR (PR)<br><br>**JUDGMENT** |

The petition having been denied, the Court hereby enters judgment in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

DATED:   July 22, 2014

**Y**VONNE **G**ONZALEZ **R**OGERS
**U**NITED **S**TATES **D**ISTRICT **C**OURT **J**UDGE